**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL R. HILLER, ) | |
| ) | 3:08-CV-00677-LRH-RAM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **STIPULATION FOR EXTENSION** |
| MICHAEL J. ASTRUE, ) | **OF TIME TO RESPOND TO** |
| Commissioner of Social Security ) | **PLAINTIFF'S OBJECTION TO** |
| ) | **REPORT AND RECOMMENDATION**; |
| Defendant. ) | ORDER |
| _____ ) | |

COMES NOW the federal defendant, through his undersigned attorney, United States Attorney DANIEL G. BOGDEN and HOLLY A. VANCE, Assistant U.S. Attorney, and Plaintiff Samuel R. Hiller, through his undersigned counsel, John C. Boyden, and stipulate for a 30-day extension of time from November 16, 2009 until December 15, 2009, within which to respond to "Plaintiff's Objection to Report and Recommendation."

Counsel for Commissioner must consult with agency representatives within the Social

//

//

1  Security Administration and such representatives are currently backlogged. Such consultation is

2  necessary for Commissioner's counsel to properly respond to Plaintiff's motion.

3      Plaintiff's counsel does not oppose this request for an extension until December 15,

4  2009.

6  Dated this 16th day of November, 2009.

8  DANIEL G. BOGDEN                 JOHN C. BOYDEN, ESQ.
United States Attorney

10  /s/ Holly A. Vance                     /s/ John C. Boyden
HOLLY A. VANCE                   JOHN C. BOYDEN, Esq.
Assistant United States Attorney     Erickson, Thorpe & Swainston, Ltd.
11  Attorney for Defendant                Attorney for Plaintiff

15                          IT IS SO ORDERED:

17  DATED this 19th day of November, 2009.

19                          LARRY R. HICKS
                        UNITED STATES DISTRICT JUDGE