UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| SAMUEL R. HILLER, ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00677-LRH (RAM) |
| ) | |
| v. ) | |
| ) | O R D E R |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#17[1]) entered on October 27, 2009, recommending denying Plaintiff's Motion for Judgment on the Pleadings (#12) filed on April 9, 2009, and granting Defendant's Cross-Motion for Summary Judgment (#15) filed on May 22, 2009. Plaintiff filed his Objection to Report and Recommendation (#18) on November 5, 2009, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation on December 15, 2009 (#21), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

---

[1] Refers to court's docket number.

pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#17) entered on October 27, 2009, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#17) entered on October 27, 2009, is adopted and accepted, and Plaintiff's Motion for Judgment on the Pleadings (#12) is DENIED; Defendant's Cross-Motion for Summary Judgment (#15) is GRANTED and the decision of the ALJ is AFFIRMED.

IT IS SO ORDERED.

DATED this 19th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE