AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

SAMUEL R. HILLER,

         Plaintiff,          JUDGMENT IN A CIVIL CASE

   V.

                            CASE NUMBER:  **3:08-cv-00677--LRH-RAM**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

         Defendant.

    __   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    __   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

   **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED**  that  Plaintiff's Motion for Judgment on  the Pleadings (#12) is **DENIED**; Defendant's Cross-Motion for Summary Judgment (#15) is **GRANTED** and the decision of the ALJ is **AFFIRMED**.

    February 22, 2010                      **LANCE S. WILSON**
                                              Clerk

                                    D. R. Morgan
                                    Deputy Clerk